UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

JAMES FIZER, JR.,

        Defendant.
_____/

Case No: 14-cr-20652

Hon. Sean F. Cox

*Filed Under Seal*

## MOTION AND ORDER TO SEAL THE UNITED STATES' EXHIBITS TO ITS RESPONSE AND BRIEF OPPOSING THE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

The United States of America, by its undersigned attorneys, respectfully requests that the United States' Exhibits to its Response and Brief Opposing the Defendant's Motion for Compassionate Release, as well as this motion and order to seal, be sealed until further order of the Court, because it contains sensitive and personal information about the defendant.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/Caitlin B. Casey*
CAITLIN B. CASEY
Assistant United States Attorney
211 West Fort, Suite 2001
Detroit, Michigan 48226
(313) 226-9769
caitlin.casey@usdoj.gov

Date: November 23, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

JAMES FIZER, JR.,

        Defendant.
_____/

Case No: 14-cr-20652

Hon. Sean F. Cox

*__Filed Under Seal__*

## ORDER TO SEAL

The government having moved to seal the United States' Exhibits to its Response and Brief Opposing the Defendant's Motion for Compassionate Release, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that leave is Granted for the United States' to file its Exhibits to its Response and Brief Opposing the Defendant's Motion for Compassionate Release under seal.

    **IT IS SO ORDERED**.

Dated: November 23, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge